# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| KEVIN M BREIMON,<br><br>                Petitioner,<br><br>   v.<br><br>JEFFREY A UTTECHT,<br><br>                Respondent. | CASE NO. C12-5230-BHS-JRC<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

The Court, having reviewed plaintiff's application to proceed in forma pauperis, does hereby find and ORDER:

Plaintiff's application for leave to proceed in forma pauperis (ECF No. 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to mail a copy of this Order to Plaintiff.

Dated this 28th day of March, 2012.

                                                              J. Richard Creatura
                                                             United States Magistrate Judge