UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENT R. DILLARD,

        Plaintiff,

   v.

JOHN DOE JACKSON, et al.,

        Defendants.

CASE NO. 12-cv-05168 BHS

ORDER ADOPTING A REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 20. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 13) is denied.

DATED this 5th day of October, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER