UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENT R. DILLARD,

           Plaintiff,

v.

JOHN DOE JACKSON, et al.,

           Defendants.

CASE NO. C12-5168BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 26. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Defendants' motion for judgment on the pleadings which was converted to a motion for summary judgment is granted for the reasons set forth in the Report and Recommendation. In forma pauperis status is revoked for the purpose of appeal.

Dated this 27th day of February, 2013.

           BENJAMIN H. SETTLE
           United States District Judge

ORDER